United States District Court
Southern District of Texas
FILED

JAN 1 1 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER and AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § | B-02-004<br>C.A. NO. _____<br>(Subject to Rule 9(h) of the Federal Rules of Civil Procedure) Admiralty |

### EX-PARTE MOTION FOR APPROVAL OF AD INTERIM STIPULATION, RESTRAINING ORDER, DISSOLUTION OF WARRANTS FOR ARREST, NOTICE TO CLAIMANTS AND OTHER RELIEF

NOW COMES American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL") (jointly referred to as "Petitioners") as owner and charterer respectively of the Barges NM-315, VLB-9182, ACL-9933B, and VLB-9173 (jointly referred to as the "Barges"), through undersigned counsel, and apply to the Court for the relief provided in Supplemental Rule F for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure approving the ad interim stipulation filed by them, restraining all of the proceedings against Petitioners and their

Barges relating to the casualty described in the Complaint, dissolving all warrants of arrest against any Barges in such proceedings, and directing notice to all claimants. Mover submits a proposed Order detailing the precise relief requested and states their grounds in support of this motion and the memorandum attached hereto.

Page 1

Respectfully submitted,

_____
Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521


OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521


GLENN G. GOODIER
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174