

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | Civil Action B-02-004 |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9(h) |
| BARGES NM-315, VLB-9182, | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of Civil Procedure) |
| FOR EXONERATION FROM AND/OR | § | Admiralty |
| LIMITATION OF LIABILITY | § | |

## CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW American Commercial Lines LLC and American Commercial Barge Line LLC, Petitioners herein, and file and certify that the following are believed to be interested parties in this litigation:

1.    American Commercial Lines LLC

2.    American Commercial Barge Line LLC

3.    Brown Water Marine Service, Inc.
       Post Office Box 2205
       Rockport, Texas  78382

These parties agree to supplement this disclosure if further information is obtained as requested by the Court.

Page 1

Respectfully submitted,

_____

Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal Identification 5931
Attorney in Charge for Petitioners

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

Page 2