

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 0 1 2002

B - 02 - 004

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | § | |
| COMMERCIAL LINES LLC AS OWNER | § | |
| and AMERICAN COMMERCIAL BARGE | § | C.A. NO. _____ |
| LINE LLC AS CHARTERER OF THE | § | (Subject to Rule 9(h) |
| BARGES NM-315, VLB-9182, | § | of the Federal Rules |
| ACL-9933B, VLB-9173, PRAYING | § | of Civil Procedure) |
| FOR EXONERATION FROM AND/OR | § | Admiralty |
| LIMITATION OF LIABILITY | § | |

NOTICE TO CLAIMANTS OF COMPLAINT
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barges NM-315, VLB-9182, ACL-9933B, and VLB-9173 respectively filed a Complaint pursuant to 46 U.S.C. §183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the allision of the M/B BROWN WATER V with the Queen Isabela Causeway on September 15, 2001, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which the Complaint seeks limitation are admonished to file their respective claims under oath with the Clerk of Court, United States District Court for the Southern District of Texas, Brownsville Division, 600 Harrison Street, Brownsville, Texas 78520, and to serve on the attorneys for ACL and ACBL, Leslie D. Cassidy, III, 500 N. Water Street, Corpus Christi, Texas 78471, a copy thereof on or before the 14th day of March, 2002, at 5:00 p.m. or be



Page 1

defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

ENTERED at Brownsville, Texas, this ___ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
Les Cassidy
Attorney-in-Charge for Petitioner
State Bar Number: 03979270
Federal Identification: 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521


GLENN G. GOODIER
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174