*13*

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

IN THE MATTER OF AMERICAN            §
                                     §
versus                               §   CIVIL ACTION NO. B-02-CV-004
                                     §
IN RE: DEFENDANT                     §
                                     §

## ORDER STRIKING DOCUMENT

The Clerk has filed your ___#12   CLAIM AND ANSWER___; however, it is deficient as checked.  (L.R. refers to the Local Rule of this District).

1.   ☐   Document is not signed (L.R. 11.3).

2.   ☒   Document does not comply with L.R.11.3.A.

3.   ☐   Caption of the document is incomplete (L.R.10.1).

4.   ☐   No certificate of service or explanation why service is not required (L.R. 5.4).

5.   ☐   Motion does not comply with L.R.7.

    a.   ☐   No statement of opposition or non-opposition (L.R.7.2).

    b.   ☐   No statement of conference between counsel (L.R. 7.1.D(1)).

    c.   ☐   No separate proposed order attached (L.R. 7.1.C).

6.   ☐   Motion to consolidate does not comply with L.R.7.6.

7.   ☐   Document does not comply with L.R. 83.2.

8.   ☒   Other: ___NO FEDERAL ID. #___

The document is stricken from the record.

Date: ___3/5/02___                    ___[signature] Hilda Tagle___
                                      UNITED STATES DISTRICT JUDGE