United States District Court
Southern District of Texas
FILED

MAY - 1 2006

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

April 27, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

   No. 05-41177  Brown Water Towing v. Amer Cmercl Barge
    USDC No.   1:02-CV-125
         1:02-CV-4 ✓
         1:01-CV-157

The following is returned:

Supplemental Record,  ( 1 vol. transcript )

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        *Claudia N. Farrington*
   By: _____
        Claudia Farrington, Deputy Clerk
        504-310-7706

REC-3